1  HEATHER E. WILLIAMS, Bar No. 122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar No. 294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FERNANDO ARREOLA

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  1:14-MJ-00209 SAB
                                       )
12          *Plaintiff*,                )  **STIPULATION TO RESET STATUS**
                                       )  **REPORT SCHEDULE; and ORDER**
13  vs.                                )
                                       )  Hearing Date:  January 7, 2016
14  FERNANDO ARREOLA,                  )
                                       )
15          *Defendant*.                )
                                       )
16  _____)

17         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18  respective attorneys of record, that the schedule for filing the Status Report which filing was due

19  December 24, 2015, may be continued to December 31, 2015.

20         The parties request this continuance in order to verify the information provided by the

21  defendant regarding DUI course enrollment, community service hours, and fine payment.  As a

22  result of the Holiday period the parties were unable to reach representatives from the necessary

23  agencies in order to verify the information required in the report.

24  ///

25  ///

26  ///

27  ///

28  ///

1  The parties anticipate having all items verified and reports filed no later than December 31,
2  2015.

3                                          Respectfully submitted,

4                                          HEATHER E. WILLIAMS
                                           Federal Defender
5

6  Dated:  December 29, 2015                *Megan T. Hopkins*
                                           MEGAN T. HOPKINS
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          FERNANDO ARREOLA

9

10                                         BENJAMIN B. WAGNER
                                           United States Attorney
11

12
   Dated:  December 29, 2015                */s/ Katherine Plante*
13                                         KATHERINE PLANTE
                                           Special Assistant United States Attorney
14                                         Attorney for Plaintiff

15

16

17

18                              **O R D E R**

19

20

21  IT IS SO ORDERED.

22  Dated:   **December 30, 2015**
                                           _____
23                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28