# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>FERNANDO M. ARREOLA,<br><br>    Defendant. | Case No. 1:14-mj-00209-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

  PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

  **Convicted of:**  Operating Under the Influence, in violation of 36 CFR 4.23(a)(1)

  **Sentence Date:**  March 5, 2015

  **Review Hearing Date:**  January 7, 2016

  **Probation Expires On:**  March 4, 2017

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00

☒ Payment schedule: $100/month

☒ Community Service hours Imposed of: 200 hours by 3/3/2016

☒ Other Conditions: Complete DUI Multi-Offender Program

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

  **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 1,010.00 (paid in full)
  ☐ If not paid in full when was last time payment:

☒ To date, Defendant has performed 200 hours of community service

☒ Compliance with Other Conditions of Probation: Defendant is enrolled in the DUI Multi-Offender's course and has completed the first 4 months of the program. Defendant will complete the program on schedule, before his probation period expires.

*GOVERNMENT POSITION:*

☐     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

\*\*\* Due to the Holiday and subsequent travel delays the government was unable to verify the information provided by the Defendant in time to timely file this report. The government and counsel for the defense have conferred and agree to file a supplemental report once the information is verified. The defendant has attached to this report proof of payment, community service hours, and DUI course enrollment for the court's consideration.

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 1/7/2016 at 10:00 a.m.

         ☒     be continued to 1/5/2017 at 10:00 a.m.

         ☐     be vacated.

DATED: 12/31/2015                              */s/ Megan Hopkins*
                                                  DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing set for January 7, 2016 at 10:00 a.m. be continued to September 1, 2016 at 10:00 a.m.

☐     DENIED.

IT IS SO ORDERED.

Dated: **January 4, 2016**                         [signature]
                                                 UNITED STATES MAGISTRATE JUDGE