# IN THE UNITED STATES DISTRICT COURT
## For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00209-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| FERNANDO M. ARREOLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating Under the Influence, in violation of 36 CFR 4.23(a)(1) |
| **Sentence Date:** | March 5, 2015 |
| **Review Hearing Date:** | January 7, 2016 |
| **Probation Expires On:** | March 4, 2017 |

### _CONDITIONS OF UNSUPERVISED PROBATION:_

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:** $1,010.00

☒    Payment schedule: $100/month

☒    Community Service hours Imposed of: 200 hours by 3/3/2016

☒    Other Conditions: Complete DUI Multi-Offender Program

### _COMPLIANCE:_

☐    Defendant has complied with and completed <u>all</u> conditions of probation described above.

   **Otherwise:**

☒    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒    To date, Defendant has paid a total of $ 1,010.00 (paid in full)
   ☐ If not paid in full when was last time payment:

☒    To date, Defendant has performed all 200 hours of community service

☒    Compliance with Other Conditions of Probation:  Defendant has re-enrolled in the DUI Multi-Offender's course and is being credited for the time he has spent in the program before he was temporarily dropped for non-payment. Defendant will complete the program on schedule, before his probation period expires. Proof of re-enrollment has been filed with the court as Docket #21.

**_GOVERNMENT POSITION:_**

☒      The Government agrees to the above-described compliance.

☐      The Government disagrees with the following area(s) of compliance:

_S/ Michael Tierney_

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 9/1/2016 at 10:00 a.m.

     ☒      be continued to 2/16/2017 at 10:00 a.m.

     ☐      be vacated.

DATED:  8/16/2016                                        _/s/ Megan Hopkins_____
                                        DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders that the Review Hearing set for September 1, 2016 at 10:00 am be continued to February 16, 2017 at 10:00 a.m.

☐      DENIED.

IT IS SO ORDERED.

Dated:  **August 19, 2016**                      _____

                                     UNITED STATES MAGISTRATE JUDGE