# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-mj-00209-SAB |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
| FERNANDO M. ARREOLA, | ) **UNSUPERVISED PROBATION** |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating Under the Influence, in violation of 36 CFR 4.23(a)(1)

**Sentence Date:** March 5, 2015

**Review Hearing Date:** February 16, 2017

**Probation Expires On:** March 4, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00

☒ Payment schedule: $100/month

☒ Community Service hours Imposed of: 200 hours by 3/3/2016

☒ Other Conditions: Complete DUI Multi-Offender Program

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 1,010.00 (paid in full)
☐ If not paid in full when was last time payment:

☒ To date, Defendant has performed all 200 hours of community service

☒ Compliance with Other Conditions of Probation: Defendant has completed the 12-month core program for the Multi-Offender DUI Course, and is currently on schedule to complete the 6-month (6 hours, one visit per month) "aftercare" portion of the program consisting of monthly follow-up visits with a counselor. Defendant will complete the program in its entirety in July 2017.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

S/ Michael Tierney

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/16/2017 at 10:00 a.m.

  ☒ be continued to 8/17/2017 at 10:00 a.m.

  ☐ be vacated.

DATED: 1/26/2017                    */s/ Megan Hopkins*
                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.

☒ DENIED. However, defendant's appearance will be waived for THIS HEARING ONLY. Defendant must keep in close contact with his counsel and if the Court orders him to appear at any subsequent hearing defendant must do so and a failure to appear will result in bench warrant being issued.

IT IS SO ORDERED.

Dated: **January 27, 2017**                    _____
                                               UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)