HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
FERNANDO M. ARREOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:14-mj-00209 SAB |
| Plaintiff, | ) STIPULATION AND ORDER FOR ) MODIFICATION (EXTENSION) OF |
| vs. | ) PROBATION PURSUANT TO 18 U.S.C. §§ ) 3563(c) and 3564(d) |
| FERNANDO M. ARREOLA, | ) |
| Defendant. | ) JUDGE: Hon. Stanley A. Boone ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Michael S. Tierney, counsel for plaintiff, and Megan T. Hopkins, Assistant Federal Defender, counsel for Defendant, that the probation period now scheduled to end on March 4, 2017 may be extended for a period of 6 months to September 4, 2017.  The parties move for this modification (extension) pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

The Defendant was sentenced by this Court on March 5, 2015 to 24 months unsupervised probation with the conditions of probation: 1) to pay a total monetary penalty of $1,010.00; 2) to complete 200 hours of community service by March 3, 2016; 3) to complete the DUI Multi-Offender Program; and 4) to obey all federal, state and local laws.

This extension of probation is requested by the parties so Defendant can complete the

DIO Multi-Offender Program. Defendant has completed the 12-month classroom portion of the Program as is currently enrolled in the 6 months aftercare portion of the program. Defendant is scheduled to complete the program and earn his certificate in July 2017. Defendant has complied with and completed all other conditions of probation.

WHEREFORE, the parties hereby request that the Defendant's probation be extended to September 4, 2017 pursuant to 18 U.S.C. §§ 3563(c) and 3564(d).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: February 24, 2017   By:   */s/ Michael S. Tierney*
MICHAEL S. TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 24, 2017   By:   */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
FERNANDO M. ARREOLA

**O R D E R**

Good cause appearing and pursuant to the stipulation of parties, the Court hereby extends the Defendant's period of probation for 6 additional months to September 4, 2017. All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 24, 2017**

UNITED STATES MAGISTRATE JUDGE