# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00209-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| FERNANDO M. ARREOLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating Under the Influence, a violation of 36 CFR 4.23(a)(1) |
| **Sentence Date:** | March 5, 2015 |
| **Review Hearing Date:** | August 3, 2017 |
| **Probation Expires On:** | September 4, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00

☒ Payment schedule of $100.00 per month

☒ **Community Service:** 200 hours, to be completed by 3/3/16

☒ **Other Conditions:** Complete DUI Multi-Offender Program

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### Otherwise:

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 1,010.00 (paid in full)
   ☒ If not paid in full when was last time payment:        Date:
                                                            Amount:

☒ To date, Defendant has performed all 200 hours of community service

☒ Compliance with Other Conditions of Probation: Defendant has completed the 12-month core program for the Multi-Offender DUI Course, and is currently on schedule to complete the 6-month "aftercare" portion of the program consisting of monthly follow-up visits with a counselor. Defendant will

## GOVERNMENT POSITION:

☐   The Government agrees to the above-described compliance.

☒   The Government disagrees with the following area(s) of compliance:  The defendant was arrested on June 3, 2017, for California Penal Code Section 415(2) Disturbs by loud/unreasonable noise

Government Attorney:

DATED: 7/19/2017                                          /s/ Darin Rock
                                                         Darin Rock
                                                         Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒        that the review hearing set for 8/3/2017 at 10:00 a.m.

☒        be continued to ____8/17/17____ at 10:00 a.m[1].; or

☐        be vacated.

DATED:  7/11/2017                                        /s/ Andrew Wong
                                                         DEFENDANT'S COUNSEL

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒        GRANTED.  The Court orders that the Review Hearing set for August 3, 2017 at 10:00 a.m. be continued to August 17, 2017 at 10:00 a.m. The defendant is ordered to appear.

☐        DENIED.

IT IS SO ORDERED.

Dated:   **July 25, 2017**                    _____
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Defense requests a short continuance to allow Mr. Arreola to complete his last "aftercare" meeting and provide proof of completion.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)