PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERNANDO M. ARREOLA,<br><br>Defendant | Case No. 1:14-mj-00209 SAB<br><br>STIPULATION AND ORDER FOR MODIFICATION AND EXTENSION OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(c) and 3564(d)<br><br>JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED and requested by and between the parties hereto through their respective counsel, Assistant United States Attorney Michael G. Tierney, and Megan T. Hopkins, Assistant Federal Defender, that the Court: 1) extend the defendant's probationary term; and 2) modify the defendant's conditions of probation.

The Defendant was sentenced by this Court on March 5, 2015 to 24 months unsupervised probation with the conditions of probation: 1) to pay a total monetary penalty of $1,010.00; 2) to complete 200 hours of community service by March 3, 2016; 3) to complete the DUI Multi-Offender Program; and 4) to obey all federal, state and local laws. In February 2017, the Court extended the defendant's probation term to September 4, 2017, so that the defendant could complete a multi-offender DUI course. DE 29.

In June 2017, the defendant came into contact on two occasions with officers of the

Montebello Police Department regarding an excessive noise complaint. Based on their understanding of those contacts, at a court hearing on September 1, 2017, the parties concluded that the defendant and the public would benefit from the further probationary supervision and the defendant's completion of a course of counseling focused on anger-management, social interaction skills, and/or the defendant's mental health conditions. At the hearing, the Court ordered a further status conference be scheduled for December 7, 2017, and ordered the defendant to submit a status report two weeks prior to that date containing proof of any counseling he had undertaken.

Accordingly, the parties stipulate and request that the Court, pursuant to 18 U.S.C. §§ 3563(c) and 3564(d):

1) Extend the probation period now scheduled to end on September 4, 2017 to January 3, 2018.
2) Add a term of probation requiring the defendant to attend relevant counseling at least once per week for a period of 90 days commencing on September 5, 2017.
3) Continue all other conditions of probation imposed on March 5, 2015.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: September 1, 2017       By:    */s/ Michael G. Tierney*
                                      MICHAEL G. TIERNEY
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: September 1, 2017       By:    */s/ Andrew Wong*
                                      ANDREW WONG
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      FERNANDO M. ARREOLA

# **O R D E R**

Good cause appearing and pursuant to the stipulation of parties, the Court hereby:

1) Extends the probation period now scheduled to end on September 4, 2017 to January 3, 2018.

2) Modifies the terms of the defendant's probation. The defendant is ordered to attend a course of counseling focused on anger-management, social interaction skills, and/or the defendant's mental health conditions at least once per week for a period of 90 days commencing on September 5, 2017.

3) The defendant shall appear before this Court on a probation status hearing for Thursday, December 7, 2017 at 10:00 am and the defendant shall file a status report 14 days prior to the hearing. Defendant shall provide proof of his weekly attendance in the form described at the hearing to the court at the time the status report is filed.

All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __**September 1, 2017**__

UNITED STATES MAGISTRATE JUDGE