# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-mj-00209-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| FERNANDO M. ARREOLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating Under the Influence, a violation of 36 CFR 4.23(a)(1) |
| **Sentence Date:** | March 5, 2015 |
| **Review Hearing Date:** | December 7, 2017 |
| **Probation Expires On:** | January 3, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00

☒ Payment schedule of $100.00 per month

☒ **Community Service:** 200 hours, to be completed by 3/3/16

☒ **Other Conditions:** Complete DUI Multi-Offender Program
- On September 1, 2017, the Court extended Mr. Arreola's probation four months until January 3, 2018 with the additional condition that Mr. Arreola participate in weekly mental health counseling. Mr. Arreola attaches a log sheet documenting his counseling attendance up to the date of this report.

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of
  ☐ If not paid in full when was last time payment:   Date:
                                                       Amount:

☐    Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☐    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED:                                              /s/
                                                    Darin Rock
                                                    Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐    that the review hearing set for 12/7/2017 at 10:00 a.m.

  ☐    be continued to ___ at 10:00 a.m; or

  ☒    be vacated.

DATED: 11/28/2017                                   */s/ Andrew Wong*
                                                    DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **November 29, 2017**                      _____
                                                    UNITED STATES MAGISTRATE JUDGE